IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TiVo Inc., | § | |
| | § | Civil Action No. 2:12-cv-311-JRG-RSP |
| Plaintiff, | § | |
| | § | JURY TRIAL DEMANDED |
| v. | § | |
| | § | |
| Cisco Systems, Inc., | § | |
| Time Warner Cable Inc. and | § | |
| Time Warner Cable LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF INITIAL DISCLOSURES DEADLINE

Before the Court is the Unopposed Motion for Extension of Initial Disclosures Deadline brought by Defendant Cisco Systems, Inc. ("Cisco"), and defendants Time Warner Cable Inc. and Time Warner Cable LLC ("TWC").  After consideration of said motion, the Court is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that the deadline for all parties to exchange their initial disclosures is extended from October 15, 2012 up to and including October 29, 2012.

**So ORDERED and SIGNED this 15th day of October, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE