# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TIVO INC., ) | |
| ) | Case No. 2:12-CV-311-JRG |
| Plaintiff, ) | (and consolidated Case No. 2:12-CV-434-JRG) |
| ) | |
| vs. ) | |
| ) | **JURY TRIAL DEMANDED** |
| CISCO SYSTEMS, INC., TIME WARNER ) | |
| CABLE INC., and TIME WARNER CABLE ) | |
| LLC, ) | |
| ) | |
| Defendants. ) | |

## ORDER ON JOINT MOTION TO CONSOLIDATE CASES

Having considered the parties' Joint Motion to Consolidate Cases, the Court finds that the motion should be and hereby is GRANTED. *Cisco Systems, Inc. v. TiVo Inc.*, Case No. 2:12-CV-434-JRG is consolidated into the currently pending action *TiVo Inc. v. Cisco Systems, Inc. et al.,* Case No. 2:12-CV-311-JRG. The consolidated action shall be referred to by the caption above: "*TiVo Inc., Plaintiff, v. Cisco Systems, Inc., Time Warner Cable Inc., and Time Warner Cable LLC, Defendants*, Case No. 2:12-CV-311-JRG (and consolidated Case No. 2:12-CV-434-JRG)." The case schedule and associated orders in *TiVo Inc. v. Cisco Systems, Inc. et al.,* Case No. 2:12-CV-311-JRG will govern the consolidated action. In light of the foregoing, the Court vacates the scheduling conference calendared for December 19, 2012 in *Cisco Systems, Inc. v. TiVo Inc.*, Case No. 2:12-CV-434-JRG.

2

**So ORDERED and SIGNED this 13th day of December, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE