**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TIVO INC., | ) |
|                 Plaintiff, | ) Case No. 2:12-CV-311-JRG |
| | ) (and consolidated Case No. 2:12-CV-434-JRG) |
| vs. | ) |
| | ) **JURY TRIAL DEMANDED** |
| CISCO SYSTEMS, INC., TIME WARNER CABLE INC., and TIME WARNER CABLE LLC, | ) |
|                 Defendants. | ) |

## ORDER ON JOINT MOTION TO CONSOLIDATE CASES

Having considered the parties' Joint Motion to Consolidate Cases, the Court finds that the motion should be and hereby is GRANTED.  *Cisco Systems, Inc. v. TiVo Inc.*, Case No. 2:12-CV-434-JRG is consolidated into the currently pending action *TiVo Inc. v. Cisco Systems, Inc. et al.,* Case No. 2:12-CV-311-JRG.  The consolidated action shall be referred to by the caption above:  "*TiVo Inc., Plaintiff, v. Cisco Systems, Inc., Time Warner Cable Inc., and Time Warner Cable LLC, Defendants*, Case No. 2:12-CV-311-JRG (and consolidated Case No. 2:12-CV-434-JRG)."  The case schedule and associated orders in *TiVo Inc. v. Cisco Systems, Inc. et al.,* Case No. 2:12-CV-311-JRG will govern the consolidated action.  In light of the foregoing, the Court vacates the scheduling conference calendared for December 19, 2012 in *Cisco Systems, Inc. v. TiVo Inc.*, Case No. 2:12-CV-434-JRG.

2

**So ORDERED and SIGNED this 13th day of December, 2012.**

                                                                                        RODNEY GILSTRAP
                                                                                        UNITED STATES DISTRICT JUDGE