IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TiVo Inc., ) <br> ) <br>       Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> CISCO SYSTEMS, INC., TIME ) <br> WARNER CABLE INC., and TIME ) <br> WARNER CABLE LLC, ) <br> ) <br>       Defendants. ) | Civil Action No. 2:12-cv-00311-JRG <br><br> DEMAND FOR JURY TRIAL |

**DECLARATION OF ARJUN MEHRA IN SUPPORT OF
DEFENDANT CISCO SYSTEMS, INC.'S MOTION FOR LEAVE
TO FILE AMENDED ANSWER AND COUNTERCLAIMS**

I, Arjun Mehra, state and declare as follows:

1. My name is Arjun Mehra, and I am an associate with Weil, Gotshal & Manges LLP in Redwood City, CA. I have been licensed to practice law in the State of California since December 2009, and I am presently serving as counsel for Cisco Systems, Inc. ("Cisco") in the above-referenced matter. I submit this declaration in support of Cisco's Motion for Leave To File Amended Answer and Counterclaims. Except as otherwise indicated, I have personal knowledge of the facts set forth herein and, if called to testify, could and would competently testify thereto that these facts are true and correct.

2. Attached as Exhibit A is a true and correct copy of excerpts from the following third-party website, visited on April 12, 2013: http://www.engadget.com/2012/08/16/tivo-premiere-4-quad-tuner-500gb-249/

3. Attached as Exhibit B is a true and correct copy of excerpts from the following third-party website, visited on April 12, 2013: http://www.engadget.com/2012/08/29/tivo-stream-transcoder/

4. Attached as Exhibit C is a true and correct copy of excerpts from the following third-party website, visited on April 12, 2013: http://www.zatznotfunny.com/2013-03/tivo-mini-review/.

5. Attached as Exhibit D is a true and correct copy of excerpts from the following third-party website, visited on April 12, 2013: http://www.engadget.com/2013/02/07/tivo-mini-available-suddenlink-price/.

6. Attached as Exhibit E is a true and correct copy of *Microsoft Corp. v. TiVo, Inc.*, CA No. 5:10-cv-240, motion at Dkt. No. 61 (N.D. Cal., Jan. 13, 2011).

7. Attached as Exhibit F is a true and correct copy of excerpts from TiVo's website, visited on April 12, 2013: http://www.tivo.com/products/tivo-mini/index.html.

8. Attached as Exhibit G is a true and correct copy of excerpts from TiVo's website, visited on April 10, 2013: http://www.tivo.com/products/tivo-stream/index.html.

9. Attached as Exhibit H is a true and correct copy of excerpts from TiVo's website, visited on April 12, 2013: http://www.tivo.com/products/tivo-walkthrough/index.html.

10. Attached as Exhibit I is a true and correct copy of the TiVo Premiere "Viewer's Guide," available for download at: http://support.tivo.com/ci/fattach/get/74454/1345138016/redirect/1/session/L2F2LzEvc2lkL3ZaUEdmWm1s.12.

11. Attached as Exhibit J is a true and correct copy of U.S. Patent No. 7,529,465.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed this 23d day of April, 2013, at Redwood City, CA.


 /s/  Arjun Mehra
Arjun Mehra