**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **TiVo Inc.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No. 2:12-cv-00311-JRG |
| v. ) | |
| ) | DEMAND FOR JURY TRIAL |
| ) | |
| **CISCO SYSTEMS, INC., TIME** ) | |
| **WARNER CABLE INC., and TIME** ) | |
| **WARNER CABLE LLC,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## DEFENDANTS' NOTICE OF COMPLIANCE REGARDING P.R. 4-1

Defendants Cisco Systems, Inc., Time Warner Cable Inc. and Time Warner Cable LLC hereby notify the Court that on May 15, 2013, they served all counsel of record with their P.R. 4-1 Proposed Terms and Claim Elements for Construction in accordance with the Court's Amended Docket Control Order dated April 1, 2013 (Dkt. 67).

Dated: May 15, 2013

Respectfully submitted,

*/s/ Michael E. Jones*
Michael E. Jones
SBN: 10929400
mikejones@potterminton.com
Allen F. Gardner
TX Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON, PC
110 North College
Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846

Otis W. Carroll
TX Bar No. 03895700
nancy@icklaw.com
Ireland, Carroll & Kelley, PC
6101 South Broadway, Suite 500
Tyler, Texas 75703
Tel: 903-561-1600
Fax: 903-581-1071

Jared Bobrow
jared.bobrow@weil.com
Arjun Mehra
arjun.mehra@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Doug McClellan
TX Bar No. 24027488
doug.mcclellan@weil.com
Melissa Hotze
TX Bar No. 24049831
melissa.hotze@weil.com
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

**ATTORNEYS FOR DEFENDANTS
CISCO SYSTEMS, INC.**

   */s/ Edward DeFranco, with permission by Michael E. Jones*
 Jennifer Haltom Doan
 jdoan@haltomdoan.com
 Stephen Wheeler Creekmore, IV
 screekmore@haltomdoan.com
 Haltom and Doan
 6500 Summerhill Road
 Crown Executive Center Suite 100
 P.O. Box 6227
 Texarkana, TX 75505
 Tel: 903-255-1000

        Fax: 903-255-0800

        Edward J. DeFranco
        eddefranco@quinnemanuel.com
        Matthew A. Traupman
        matthewtraupman@quinnemanuel.com
        Quinn Emanuel Urquhart & Sullivan, LLP
        51 Madison Ave, 22nd Floor
        New York, NY  10010
        Tel:  212-849-7000
        Fax: 212-849-7100

        **ATTORNEYS FOR DEFENDANTS**
        **TIME WARNER CABLE INC., AND TIME**
        **WARNER CABLE LLC**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 15, 2013.

        */s/ Michael E. Jones*