# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TIVO INC., <br><br> Plaintiff, <br><br> vs. <br><br> CISCO SYSTEMS, INC., TIME WARNER CABLE INC., and TIME WARNER CABLE LLC, <br><br> Defendants. | Case No. 2:12-CV-311 JRG <br> (and consolidated Case No. 2:12-CV-434-JRG) <br><br> JURY TRIAL DEMANDED |

## PLAINTIFF TIVO INC.'S NOTICE OF COMPLIANCE WITH P.R 4-1(a)

Plaintiff TiVo Inc. ("TiVo") hereby notifies the Court that on May 15, 2013, TiVo timely served on counsel of record, via electronic mail, its P.R. 4-1(a) Disclosure of Proposed Terms and Claim Elements for Construction in accordance with the Court's Amended Docket Control Order entered in this matter on April 1, 2013 (Docket No. 67).

Dated: May 16, 2013

*/s/ Thomas C. Werner*
Thomas C. Werner

Sam Baxter, Attorney-in-Charge
State Bar No. 01938000
sbaxter@mckoolsmith.com
Garret W. Chambers
State Bar No. 00792160
gchambers@mckoolsmith.com
McKool Smith
300 Crescent Court, Suite 1500
Dallas, Texas 75201
TEL: 214.978.4016
FAX: 214.978.4044

2815097

        IRELL & MANELLA LLP
Morgan Chu
mchu@irell.com
Andrei Iancu
aiancu@irell.com
Thomas C. Werner (*Pro Hac Vice*)
twerner@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:(310) 277-1010
Facsimile:(310) 203-7199

Attorneys for Plaintiff TiVo Inc.

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 16th day of May, 2013.

        /s/ *Thomas C. Werner*
        Thomas C. Werner