**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| TIVO INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 2:12-CV-00311 |
| | § | |
| CISCO SYSTEMS, INC., TIME WARNER CABLE INC., and TIME WARNER CABLE LLC, | § § § § | |
| | § | |
| Defendants. | § § | |

## ORDER

The Court enters this Order *sua sponte*. The Court **APPOINTS** David Keyzer to the position of technical advisor in this case, with his costs to be assessed equally between Plaintiff and Defendants and timely paid as billed. The parties are hereby **ORDERED** to send their P.R. 4-5(a)-(c) claim construction materials (including exhibits), by hard copy and by e-mail (attached in PDF format) to Mr. Keyzer at the following addresses within one business day of being filed with the Court: (1) Law Office of David Keyzer, P.C., 5170 Golden Foothill Parkway, El Dorado Hills, California 95762, and (2) david@keyzerlaw.com. Should the Technical Advisor request that any claim construction materials be delivered in an alternate form, the parties shall comply with such request.

**So ORDERED and SIGNED this 16th day of May, 2013.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE