**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TIVO INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 2:12-CV-00311 |
| | § | |
| CISCO SYSTEMS, INC., TIME WARNER CABLE INC., and TIME WARNER CABLE LLC, | § § § | |
| | § | |
| Defendants. | § § | |

## ORDER

Before the Court is Defendant Cisco Systems, Inc.'s ("Cisco") Motion for Leave to File Amended Answer and Counterclaims and Request for Expedited Briefing, filed April 23, 2013 (Dkt. No. 68).  The Court having fully considered the same finds that Cisco has not shown good cause for leave to file its amended answer and counterclaims.  Accordingly, Cisco's motion should be and is hereby **DENIED**.

**So ORDERED and SIGNED this 17th day of May, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE