# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TIVO INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CISCO SYSTEMS, INC., TIME WARNER ) <br> CABLE INC., and TIME WARNER CABLE ) <br> LLC, ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No. 2:12-CV-311 JRG <br><br> JURY TRIAL DEMANDED |

## JOINT MOTION TO AMEND DOCKET CONTROL ORDER

The parties respectfully and jointly move the Court to amend the Docket Control Order (Dkt. 67) to continue the deadlines for claim construction discovery under P.R. 4-4 and claim construction briefs under P.R. 4-5 (a), (b) and (c) by one week and the deadline for the Joint Claim Construction Chart under 4-5(d) by two days.  The current deadlines fall on dates that overlap with the current trial in *Motorola v. TiVo*, No. 5:11-cv-53 (E.D. Tex.), to which both TiVo and Time Warner Cable are parties.

On March 27, 2013, the parties filed a joint motion to continue the deadlines for P.R. 4-1, 4-2, 4-3 and 4-4, which at that time fell on dates coinciding with the pretrial and trial setting in *Motorola v. TiVo*, No. 5:11-cv-53 (E.D. Tex.).  On April 1, 2013, the Court entered an order granting this continuance.  *See* Dkt. 67.  On April 3, 2013, the Court rescheduled the trial in *Motorola v. TiVo*, No. 5:11-cv-53 (E.D. Tex.) to begin on June 10, 2013.  As a result of this new trial date, TiVo and Time Warner Cable will be focused entirely on preparing for and participating in the *Motorola v. TiVo* trial at least up to the

June 19, 2013 deadline for compliance with P.R. 4-5(a) (Opening Claim Construction Brief) and submission of Technical Tutorials. Under the circumstances, the short extension that the parties are requesting will help reduce the prejudice of having to focus on trial in the *Motorola* matter and claim construction briefing in this case at the same time. The requested extension adjusts the schedule by a small amount, without impacting the Markman hearing date.

Cisco and Time Warner Cable further respectfully request a two week extension of the Deadline to Substantially Complete Document Production and Exchange Privilege Logs. TiVo does not oppose this request.

The parties agree that modifying the Docket Control Order as reflected below will not impact other dates currently in the Court's schedule.

For these reasons, good cause exists and the parties respectfully and jointly request that the Court enter an Order, in the form of the attached, amending entries on the Docket Control Order (Dkt. 67) as follows:

| **Current** | **Proposed** | **Deadline Event** |
| --- | --- | --- |
| July 17, 2013 | July 19, 2013 | Comply with P.R. 4-5(d) (Joint Claim Construction Chart) |
| July 10, 2013 | July 17, 2013 | Comply with P.R. 4-5(c) (Reply Claim Construction Brief) |
| July 3, 2013 | July 10, 2013 | Comply with P.R. 4-5(b) (Responsive Claim Construction Brief) |
| June 19, 2013 | June 26, 2013 | Comply with P.R. 4-5(a) (Opening Claim Construction Brief) and Submit Technical Tutorials (if any) |

| **Current** | **Proposed** | **Deadline Event** |
|---|---|---|
| June 19, 2013 | July 3, 2013 | Deadline to Substantially Complete Document Production and Exchange Privilege Logs<br><br>Counsel are expected to make good faith efforts to produce all required documents as soon as they are available and not wait until the substantial completion deadline. |
| June 12, 2013 | June 19, 2013 | Comply with P.R. 4-4 (Deadline to Complete Claim Construction Discovery) |

A proposed order reflecting the proposed Amended Docket Control Order is being submitted concurrently herewith.

Dated:  May 29, 2013

Respectfully submitted,

*/s/ Thomas C. Werner*
Thomas C. Werner

Sam Baxter, Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Garret W. Chambers
Texas State Bar No. 00792160
gchambers@mckoolsmith.com
McKool Smith
300 Crescent Court, Suite 1500
Dallas, Texas 75201
TEL: 214.978.4016
FAX: 214.978.4044

IRELL & MANELLA LLP
Morgan Chu
mchu@irell.com
Andrei Iancu
aiancu@irell.com
Thomas C. Werner (*Pro Hac Vice*)
twerner@irell.com
1800 Avenue of the Stars, Suite 900

Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

**Attorneys for Plaintiff TiVo Inc.**

*/s/ Audrey Maness (with permission)*

Michael E. Jones
SBN: 10929400
mikejones@potterminton.com
Allen F. Gardner
TX Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON, PC
110 North College
Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846

Otis W. Carroll
TX Bar No. 03895700
nancy@icklaw.com
Ireland, Carroll & Kelley, PC
6101 South Broadway, Suite 500
Tyler, Texas 75703
Tel:  903-561-1600
Fax: 903-581-1071

Jared Bobrow
jared.bobrow@weil.com
Arjun Mehra
arjun.mehra@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Doug McClellan
TX Bar No. 24027488
doug.mcclellan@weil.com
Melissa Hotze
TX Bar No. 24049831
melissa.hotze@weil.com
Audrey Maness
audrey.maness@weil.com

TX Bar No. 24060219
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

**Attorneys for Defendant Cisco Systems, Inc.**


*/s/ Jennifer Doan (with permission)*

Jennifer Haltom Doan
jdoan@haltomdoan.com
Stephen Wheeler Creekmore , IV
screekmore@haltomdoan.com
Haltom and Doan
6500 Summerhill Road
Crown Executive Center Suite 100
P O Box 6227
Texarkana, Tx 75505
903/255-1000
Fax: 903/255-0800

Edward J DeFranco
eddefranco@quinnemanuel.com
Matthew A Traupman
matthewtraupman@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP - NY
51 Madison Ave
22nd Floor
New York, NY 10010
212/849-7000
Fax: 212/849-7100

**Attorneys for Defendant Time Warner Cable**

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 29th day of May, 2013.

                                                          */s/ Thomas C. Werner*
                                                          Thomas C. Werner