**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TIVO INC.,<br><br>        Plaintiff,<br><br>    vs.<br><br>CISCO SYSTEMS, INC., TIME WARNER CABLE INC., and TIME WARNER CABLE LLC,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 2:12-CV-311 JRG

JURY TRIAL DEMANDED

## P.R. 4-3 JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Plaintiff TiVo Inc. ("TiVo") and Defendants Cisco Systems, Inc. ("Cisco"), Time Warner

Cable Inc., and Time Warner Cable LLC (collectively "TWC") (and collectively with Cisco,

"Defendants") submit this Joint Claim Construction Statement under P.R. 4-3.

## P.R. 4-3(a) Agreed Constructions

| Claims | Term, Phrase, or Clause | Agreed Construction |
|---|---|---|
| U.S. Patent No. 6,233,389 | | |
| 1, 31 | A process for the simultaneous storage and play back of multimedia data | The preamble does not limit claims 1 or 31. |
| 32, 61 | An apparatus for the simultaneous storage and play back of multimedia data | The preamble does not limit claims 32 or 61. |
| 31, 61 | accepts broadcast data | "accepts data that was transmitted" |
| 31, 61 | buffer | "memory where data can be temporarily stored for transfer" |
| 31, 61 | input device | Plain meaning |

| 1, 32 | accepting Television (TV) broadcast signals, wherein said TV signals are based on a multitude of standards | "accepting television (TV) broadcast signals, wherein said TV signals are based on numerous standards" |
|---|---|---|
| 1, 32 | tuning said TV signals to a specific program | "tuning said TV signals to a specified frequency range" |
| **U.S. Patent No. 7,529,465** | | |
| 1, 10 | frame step | "moving frame-by-frame in a manner that is not a fast forward, rewind, or play function." |
| 1, 10 | allows playback rate and direction of each multimedia program to be controlled individually and simultaneously to perform any of: fast forward, rewind, frame step, pause, and play functions | "is capable of changing the playback rate and direction of each multimedia program such that each program can be independently and simultaneously controlled to execute any of the following modes: fast-forward, rewind, frame-step, pause and play" |
| 16 | said tuners accept analog and/or digital multimedia program signals | "the input signal tuners may accept: 1) analog multimedia program signals, or 2) digital multimedia signals, or 3) both analog and digital multimedia signals" |
| 1, 2, 10, 11 | output subsystem | "a subsystem in the digital video recorder wherein the subsystem produces output signals" |
| **U.S. Patent No. 6,792,195** | | |
| 58 | linear cache for storing information from said data stream | "a general device for buffering information contained in a stream of information" |
| 58 | said linear cache maintains a window that represents a time span into a past history of said data stream that includes a most recently stored portion of said data stream | "the linear cache continuously buffers a stream of information into a window that is defined by the maximum time between the newest block that has arrived in the linear cache and the oldest block held by the linear cache" |
| 75 | oldest block | "the oldest block held by the linear cache" |

| 73, 75, 76 | current block indicator | "an indication of the next block to be presented to the decoding process" |
|---|---|---|
| **U.S. Patent No. 7,493,015** | | |
| 1, 13, 17 | adding a positional offset to the current position when reverse mode has been terminated or subtracting a positional offset from the current position when fast forward mode has been terminated | "adding a value to the current position to compensate for the difference in position when reverse mode has been terminated or subtracting a value from the current position to compensate for the difference in position when fast forward mode has been terminated" |

## P.R. 4-3(b) Proposed Constructions for Disputed Terms and Identification of Evidence

Exhibits A through C are charts that contain the parties' proposed constructions and intrinsic and extrinsic evidence relating to their constructions. Exhibits A1-A3 provide the parties' proposed constructions for each disputed claim term, phrase, or clause in U.S. Patent Nos. 6,233,389, 6,792,195, and 7,493,015, respectively. Exhibits B1-B3 provide TiVo's intrinsic and extrinsic evidence relating to their constructions, while Exhibits C1-C3 provide Defendants' intrinsic and extrinsic evidence relating to their constructions.

| Patent | Parties' Proposed Constructions | TiVo's Evidence | Defendants' Evidence |
|---|---|---|---|
| 6,233,389 | Exhibit A1 | Exhibit B1 | Exhibit C1 |
| 6,792,195 | Exhibit A2 | Exhibit B2 | Exhibit C2 |
| 7,493,015 | Exhibit A3 | Exhibit B3 | Exhibit C3 |

## P.R. 4-3(c) Anticipated Length of Time for Claim Construction Hearing

TiVo expects that 1.5 hours will provide sufficient time to address the patents.

Defendants expect that 4 hours will be required to address the patents.

## P.R. 4-3(d) Anticipated Witnesses at Claim Construction Hearing

No party will call any witnesses at the Claim Construction Hearing.

**P.R. 4-3(e) Other Issues to Be Addressed at Prehearing Conference**

The parties do not believe there are any other issues at this time that might be appropriately addressed at a preheating conference prior to the Claim Construction Hearing.

Dated: June 5, 2013                        Respectfully submitted,

*/s/ Ben Yorks* , with permission by Michael E. Jones

Sam Baxter, Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Garret W. Chambers
Texas State Bar No. 00792160
gchambers@mckoolsmith.com
McKool Smith
300 Crescent Court, Suite 1500
Dallas, Texas 75201
TEL: 214.978.4016
FAX: 214.978.4044

IRELL & MANELLA LLP
Morgan Chu
mchu@irell.com
Andrei Iancu
aiancu@irell.com
Thomas C. Werner (*Pro Hac Vice*)
twerner@irell.com
Talin Gordnia (*Pro Hac Vice*)
tgordnia@irell.com
Ben Yorks
byorks@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff TiVo Inc.*

Respectfully submitted by,

*/s/ Michael E. Jones*

Michael E. Jones
SBN: 10929400
Allen F. Gardner
SBN: 24043679
POTTER MINTON, PC
110 North College, Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846
mikejones@potterminton.com
allengardner@potterminton.com

Otis W. Carroll
SBN: 03895700
Ireland, Carroll & Kelley, PC
6101 South Broadway, Suite 500
Tyler, Texas 75703
Tel:  903-561-1600
Fax: 903-581-1071
nancy@icklaw.com

Jared Bobrow
jared.bobrow@weil.com
Arjun Mehra
arjun.mehra@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: 650-802-3000
Fax: 650-802-3100

Doug McClellan
doug.mclellan@weil.com
Amber L. Hagy
amber.hagy@weil.com
Melissa Hotze
melissa.hotze@weil.com
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, TX 77002
Tel: 713-546-5000
Fax: 713-224-9511

John Desmarais
jdesmarais@desmaraisllp.com
Karim Oussayef
koussayef@desmaraisllp.com
Desmarais LLP
230 Park Avenue
New York, NY 10169
Tel: 212-351-3400
Fax: 212-351-3401

*Attorneys for Defendant Cisco Systems, Inc.*


Respectfully submitted by,

 */s/ Edward J. DeFranco*, with permission by Michael E. Jones

Jennifer Haltom Doan
jdoan@haltomdoan.com
Stephen Wheeler Creekmore, IV
screekmore@haltomdoan.com
Haltom and Doan
6500 Summerhill Road
Crown Executive Center Suite 100
P.O. Box 6227
Texarkana, TX  75505
Tel:  903-255-1000
Fax: 903-255-0800

Edward J. DeFranco
eddefranco@quinnemanuel.com
Matthew A. Traupman
matthewtraupman@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Ave, 22nd Floor
New York, NY  10010
Tel:  212-849-7000
Fax: 212-849-7100

John Desmarais
jdesmarais@desmaraisllp.com
Karim Oussayef
koussayef@desmaraisllp.com
Desmarais LLP
230 Park Avenue

New York, NY 10169
Tel: 212-351-3400
Fax: 212-351-3401

*Attorneys for Defendants Time Warner Cable Inc.,*
*and Time Warner Cable LLC*

## CERTIFICATE OF SERVICE

     I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 5th day of June, 2013.

*/s/ Michael E. Jones*