**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **TiVo Inc.**  )<br>)<br>       **Plaintiff,**  )<br>)<br>**v.**  )<br>)<br>)<br>**Cisco Systems, Inc., Time Warner** )<br>**Cable Inc., and Time Warner Cable** )<br>**LLC** )<br>)<br>       **Defendants.**  ) | **Civil Action No. 2:12-cv-00311-JRG** |

**ORDER GRANTING THE JOINT MOTION TO MODIFY THE DOCKET CONTROL ORDER**

Plaintiff TiVo Inc. ("TiVo"), defendant Cisco Systems, Inc. ("Cisco"), and defendants Time Warner Cable Inc. and Time Warner Cable LLC ("TWC") jointly requested that the Court modify the Docket Control Order. The Court, having reviewed the motion, and being well-advised, finds that the motion should be **GRANTED IN PART**. It is therefore

**ORDERED** that all case deadlines are stayed for 30 days from the date of this Order.

**So ORDERED and SIGNED this 18th day of June, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE