**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **TiVo Inc.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No. 2:12-cv-00311-JRG** |
| **v.** ) | |
| ) | |
| ) | |
| **Cisco Systems, Inc., Time Warner** ) | |
| **Cable Inc., and Time Warner Cable** ) | |
| **LLC** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER GRANTING THE JOINT MOTION TO MODIFY THE DOCKET CONTROL ORDER

Plaintiff TiVo Inc. ("TiVo"), defendant Cisco Systems, Inc. ("Cisco"), and defendants Time Warner Cable Inc. and Time Warner Cable LLC ("TWC") jointly requested that the Court modify the Docket Control Order. The Court, having reviewed the motion, and being well-advised, finds that the motion should be **GRANTED**. It is therefore

**ORDERED** that all case deadlines are stayed until August 8, 2013.

**So ORDERED and SIGNED this 22nd day of July, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE