IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TIVO INC., <br><br> Plaintiff, <br><br> vs. <br><br> CISCO SYSTEMS, INC., TIME WARNER CABLE INC., and TIME WARNER CABLE LLC, <br><br> Defendants. | Case No. 2:12-cv-311-JRG <br> (and consolidated Case No. 2:12-cv-434-JRG) <br><br> JURY TRIAL DEMANDED |

**STIPULATION AND JOINT MOTION TO DISMISS PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and the agreements of the Parties, Plaintiff TiVo Inc. ("TiVo") and Defendants Cisco Systems, Inc. ("Cisco"), Time Warner Cable Inc., and Time Warner Cable LLC (collectively, "Time Warner Cable"), (collectively the "Parties"), by and through counsel, hereby stipulate to the dismissal of this entire action as follows:

1. All claims and counterclaims TiVo asserted against Cisco in the above-captioned action are dismissed with prejudice in their entirety.

2. All claims and counterclaims Cisco asserted against TiVo in the above-captioned action are dismissed with prejudice in their entirety, except that all Cisco claims and counterclaims asserting invalidity of TiVo's U.S. Patent No. 6,233,389 ("the '389 patent"), U.S. Patent No. 7,529,465 ("the '465 patent"), U.S. Patent No. 7,493,015 ("the '015 patent"), and U.S. Patent No. 6,792,195 ("the '195 patent") are dismissed without prejudice.

**JOINT STIPULATION AND MOTION FOR DISMISSAL – Page 1**

    3. All claims and counterclaims that TiVo asserted against Time Warner Cable in the above-captioned action are dismissed without prejudice in their entirety.

    4. The Parties shall each bear their own costs and attorney's fees in this action.

Text of an Order of Dismissal has been lodged concurrently herewith.

Dated:  July 25, 2013

Respectfully submitted,

By: */s/ Sam Baxter*  
    Sam Baxter, Lead Attorney  
    Texas State Bar No. 01938000  
    sbaxter@mckoolsmith.com  
    McKool Smith  
    104 East Houston Street, Suite 300  
    Marshall, Texas  75670  
    TEL:  903.923.9000  
    FAX:  903.923.9099  
    Garret W. Chambers  
    Texas State Bar No. 00792160  
    gchambers@mckoolsmith.com  
    McKool Smith  
    300 Crescent Court, Suite 1500  
    Dallas, Texas 75201  
    TEL: 214.978.4016  
    FAX: 214.978.4044  

    IRELL & MANELLA LLP  
    Morgan Chu  
    mchu@irell.com  
    Andrei Iancu  
    aiancu@irell.com  
    Richard M. Birnholz (*Pro Hac Vice*)  
    rbirnholz@irell.com  
    Joseph M. Lipner (*Pro Hac Vice*)  
    jlipner@irell.com  
    Thomas C. Werner (*Pro Hac Vice*)  
    twerner@irell.com  
    1800 Avenue of the Stars, Suite 900  
    Los Angeles, California 90067-4276  
    Telephone: (310) 277-1010  
    Facsimile: (310) 203-7199  

**Attorneys for Plaintiff TiVo Inc.**

*/s/ Doug McClellan*  
Doug W. McClellan  

Michael E. Jones  
SBN: 10929400  
mikejones@potterminton.com  
Allen F. Gardner  
TX Bar No. 24043679  
allengardner@potterminton.com  
POTTER MINTON, PC  
110 North College  
Suite 500  
Tyler, Texas 75702  
Tel: 903-597-8311  
Fax: 903-593-0846  

Otis W. Carroll  
TX Bar No. 03895700  
nancy@icklaw.com  
Ireland, Carroll & Kelley, PC  
6101 South Broadway, Suite 500  
Tyler, Texas 75703  
Tel:  903-561-1600  
Fax: 903-581-1071  

Jared Bobrow  
jared.bobrow@weil.com  
Arjun Mehra  
arjun.mehra@weil.com  
WEIL, GOTSHAL & MANGES LLP  
201 Redwood Shores Parkway  
Redwood Shores, CA  94065  
Telephone: (650) 802-3000  
Facsimile: (650) 802-3100

Doug McClellan
TX Bar No. 24027488
doug.mcclellan@weil.com
Melissa Hotze
TX Bar No. 24049831
melissa.hotze@weil.com
Audrey Maness
audrey.maness@weil.com
TX Bar No. 24060219
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, TX  77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511

**Attorneys for Defendant Cisco Systems, Inc.**


*/s/  Jennifer H. Doan*
Jennifer Haltom Doan
jdoan@haltomdoan.com
Stephen Wheeler Creekmore , IV
screekmore@haltomdoan.com
Haltom and Doan
6500 Summerhill Road
Crown Executive Center Suite 100
P O Box 6227
Texarkana, TX 75505
903/255-1000
Fax: 903/255-0800

Edward J. DeFranco
eddefranco@quinnemanuel.com
Matthew A. Traupman
matthewtraupman@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP - NY
51 Madison Ave
22nd Floor
New York, NY 10010
212/849-7000
Fax: 212/849-7100

**Attorneys for Defendant Time Warner Cable**

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 25th day of July, 2013.

                                                    */s/ Sam Baxter*